**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## No. 18-6412

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

    v.

IAN MCDONALD,

       Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake and William D. Quarles, Jr., District Judges.  (1:05-cr-00146-CCB-1)

Submitted:  August 16, 2018                 Decided:  August 21, 2018

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ian McDonald, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ian McDonald appeals the district court's order denying his motion for reconsideration of the court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012) and Amendment 782. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McDonald*, No. 1:05-cr-00146-CCB-1 (D. Md. Mar. 29, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*